1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA CESILIA DE ALBA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COGIR MANAGEMENT USA INC.; WELLTOWER COGIR TENANT, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01568-TLN-AC<br><br>*Assigned for All Purposes to:*<br>*Judge Troy L. Nunley*<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES** |

## ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Class Certification Deadlines, finds that good cause exists to continue the Pre-Trial Scheduling Order (Doc. 15) dates as follows:

1. The Deadline to complete Phase 1 discovery is continued from April 14, 2023 to August 11, 2023;
2. The Deadline to designate experts is continued from May 15, 2023 to September 12, 2023; and
3. The Deadline for Plaintiff to file her Motion for Class Certification is continued from July 14, 2023 to November 10, 2023.

**IT IS SO ORDERED.**

Dated: April 17, 2023

_____
Troy L. Nunley
United States District Judge