# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA CESILIA DE ALBA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COGIR MANAGEMENT USA INC.; WELLTOWER COGIR TENANT, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01568-TLN-AC<br><br>*Assigned for All Purposes to:*<br>*Judge Troy L. Nunley*<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES** |

## ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Class Certification Deadlines, finds that good cause exists to continue the Pre-Trial Scheduling Order (Doc. 15) dates a second time as follows:

1. The Deadline to complete Phase 1 discovery is continued from December 11, 2023, to **February 12, 2024;**

2. The Deadline to designate non-rebuttal experts is continued from January 10, 2023, to March 11, 2024.

IT IS SO ORDERED.

Dated: November 14, 2023

Troy L. Nunley
United States District Judge