1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XENIA CESILIA DE ALBA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COGIR MANAGEMENT USA INC.; WELLTOWER COGIR TENANT, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01568-TLN-AC<br><br>*Assigned for All Purposes to:*<br>*Judge Troy L. Nunley*<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING APPROVAL OF SETTLEMENT IN RELATED STATE COURT ACTION** |

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Stay Case Pending Approval of Settlement in Related State Court Action, finds that good cause exists to approve the same, and orders as follows:

1. This action shall be and hereby is stayed pending the entry of an order granting final approval of the Parties' global settlement by the Superior Court of California, County of San Joaquin in the case *Xenia Cesilia De Alba v. Cogir Management USA Inc., et. al*, Case No. STK-CV-UOE-2022-0007961 (the "State Court Action");

2. Within seven (7) calendar days after the effective date of the Parties' global settlement in the State Court Action and entry of a final judgment thereon, and such settlement becoming effective pursuant to the terms of such approval, Plaintiff shall submit a request for dismissal of this action.

DATED: March 6, 2024

Troy L. Nunley
United States District Judge