| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XENIA CESILIA DE ALBA, individually and on behalf of all others similarly situated, | Case No. 2:22-cv-01568-TLN-AC |
| | *Assigned for All Purposes to: Judge Troy L. Nunley* |
| Plaintiffs, | |
| | **ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL** |
| v. | |
| COGIR MANAGEMENT USA INC.; WELLTOWER COGIR TENANT, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to the Parties' Joint Stipulation to Stay Case Pending Approval of Settlement in Related State Court Action (Doc. 24), the Court's Order granting the Joint Stipulation (Doc. 25), and Plaintiff's Notice of Dismissal, IT IS ORDERED THAT this action be dismissed with prejudice.

Dated: January 28, 2025

Troy L. Nunley
Chief United States District Judge